UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA :
: CONSENT PRELIMINARY ORDER
- v. - OF FORFEITURE/
: MONEY JUDGMENT
TYRONE BRIGGS,
: 23 Cr. 253 (JSR)
Defendant.
:
------------------------------------ x

WHEREAS, on or about May 19, 2023, Tyrone Briggs (the "Defendant"), was charged in a sealed information 23 Cr. 253 (JSR) (the "Information"), with Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2;

WHEREAS, the Information included, *inter alia*, a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981 (a)(1)(C), and Title 28, United States Code, Section 2461(c), of any property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of the offense charged in Count One of the Information, and any personal property used or intended to be used to commit the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about May 19, 2023, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds the Defendant obtained directly or indirectly as a result of the offense charged in Count One of the

Information, and any property used or intended to be used in any manner or part to commit the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $72,800.00 in United States currency, representing the proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with Mohammed Thiero, to the extent a forfeiture money judgment is entered against Mohammed Thiero in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jaclyn Delligatti, of counsel, and the Defendant and his counsel, Brendan Quigley Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $72,800.00 in United States currency (the "Money Judgment"), representing the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with Mohammed Thiero to the extent a forfeiture money judgment is entered against Mohammed Thiero in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant Tyrone

Briggs, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. Upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, United States Department of Treasury shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          8/21/2023
      JACLYN DELLIGATTI                        DATE
      Assistant United States Attorney
      One Saint Andrew's Plaza
      New York, NY 10007
      (212) 637-2559

TYRONE BRIGGS

By: _____          8/21/23
      TYRONE BRIGGS                            DATE

By: _____          8/21/23
      BRENDAN QUIGLEY, ESQ.                    DATE
      Attorney for Defendant

SO ORDERED:

_____              8/21/23
HONORABLE JED S. RAKOFF                       DATE
UNITED STATES DISTRICT JUDGE